In the Matter of the Claim of SAM SCHRANGER, Respondent, against LOUIS HIRSCH et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 7, 1930; decided January 17, 1930.)

*Everett F. Warrington* and *Patrick J. Fogarty* for appellants.

*Hamilton Ward, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.